UNITED STATES *versus* CHARLES L. BRISTOL. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: rule to plead; (2) June 1, 1835: motion for judgment and assessment of value of property by jury; (3) June 9, 1835: motion for continuance granted, attendance of witness proved; (4) Jan. 6, 1836: jury trial; (5) Jan. 7, 1836: verdict for plaintiff; (6) Jan. 8, 1836: motion for new trial; (7) Jan. 27, 1836: motion for new trial overruled, judgment.

PAPERS IN FILE (1834–36): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) motion for default judgment; (5) plea of nil debet; (6–7) subpoenas; (8) affidavit for continuance; (9) subpoena; (10) verdict; (11) motion for new trial; (12) precipe for fi. fa.; (13) writ of fi. fa. and return.
*File No.* 138.